1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 carey_gorden@fd.org

5
Attorneys for Defendant Mr. Turner
6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                )   Case No. 08mj1178
                                            )
12            Plaintiff,                    )
                                            )
13 v.                                       )
                                            )   **NOTICE OF APPEARANCE**
14 **BOBBY EUGENE TURNER**,                 )
                                            )
15            Defendant.                    )
                                            )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                              Respectfully submitted,

21 Dated: April 21, 2008                         *s/ Carey D. Gorden*
                                                Federal Defenders of San Diego, Inc.
22                                              Attorneys for Defendant
                                                carey_gorden@fd.org
23

24

25

26

27

28