FILED

MAY - 1 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1372 - LAB |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) – Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| BOBBY EUGENE TURNER, | |
| Defendant. | |

The United States Attorney charges:

On or about April 15, 2008, within the Southern District of California, defendant BOBBY EUGENE TURNER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Celsa Aracely Quijano-Puc, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code,

//

//

//

//

CJB:es:San Diego
4/18/08

1 | Section 1324(a)(2)(B)(iii) and Title 18, United States Code,

2 | Section 2.

3 |     DATED: May 1, 2008.

4 |                                   KAREN P. HEWITT
                                      United States Attorney
5 |

6 |                                   _Sara Stingley_

7 | for  CARLA J. BRESSLER
                                      Assistant U.S. Attorney
8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

CJB:es:San Diego
4/18/08                              2