AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| BOBBY EUGENE TURNER | CASE NUMBER: 08CR 1372-LAB |

I, BOBBY EUGENE TURNER, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _5/1/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _Bobby E. T._
Defendant

_Caury Gon_
Defense Counsel

Before _Barbara L. Major_
Judicial Officer