1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Turner

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,      )   Case No. 08cr1372-LAB
                                  )
12           Plaintiff,            )
                                  )
13 v.                              )
                                  )   **NOTICE OF APPEARANCE**
14 **BOBBY EUGENE TURNER,**        )
                                  )
15           Defendant.            )
                                  )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,

19 replacing Carey D. Gorden, in the above-captioned case.

20                                       Respectfully submitted,

21 Dated: June 19, 2008                   *s/ James M. Chavez*
                                         Federal Defenders of San Diego, Inc.
22                                       *james_chavez@fd.org*

23

24

25

26

27

28