1 **JAMES M. CHAVEZ**
California State Bar No. PENDING
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org

6 Attorneys for Mr. Turner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1372-LAB |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **BOBBY EUGENE TURNER**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: June 19, 2008                    *s/ James M. Chavez*
JAMES M. CHAVEZ
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: james_chavez@fd.org