```
 1  KAREN P. HEWITT
    United States Attorney
 2  W. MARK CONOVER
    Assistant U.S. Attorney
 3  California State Bar No. 236090
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5200/(619)235-2757(Fax)
    Email: mark.conover@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  Criminal Case No. 08cr1372-LAB
                                 )
11                   Plaintiff,  )
                                 )  NOTICE OF APPEARANCE
12            v.                 )
                                 )
13  BOBBY EUGENE TURNER,         )
                                 )
14                   Defendant.  )
                                 )
15
16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead
18  counsel in the above-captioned case.  I certify that I am
19  admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.
21       The following government attorneys (who are admitted to
22  practice in this court or authorized to practice under CivLR
23  83.3.c.3-4) are also associated with this case, should be listed
24  as lead counsel for CM/ECF purposes, and should receive all
25  Notices of Electronic Filings relating to activity in this case:
26       Name - "None"
27
28
```

1     Effective this date, <u>the following attorneys are no longer
2 associated with this case</u> and should <u>not</u> receive any further
3 Notices of Electronic Filings relating to activity in this case
4 (if the generic "U.S. Attorney CR" is still listed as active in
5 this case in CM/ECF, please terminate this association):
6     Please call me if you have any questions about this notice.
7     DATED: August 27, 2008.

                                Respectfully submitted,

                                KAREN P. HEWITT
                                United States Attorney

                                <u>s/ W. Mark Conover</u>
                                W. MARK CONOVER
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                United States of America
                                Email: mark.conover@usdoj.gov

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>                              )<br>        v.                    )<br>                              )<br>BOBBY EUGENE TURNER,          )<br>                              )<br>        Defendant.            )<br>_____) | Case No. 08cr1372-LAB<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, W. MARK CONOVER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                         James Michael Chavez
                         james_chavez@fd.org

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on August 27, 2008.

                         s/ W. Mark Conoverk
                         W. MARK CONOVER

3